**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Circle Brewing Company LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

2 6 – 2 7 2 5 2 7 6

**4. Debtor's address**

Principal place of business

149 Spanish Oak Tr
Number        Street

Elgin, TX 78621
City                                State      ZIP Code

Bastrop
County

Mailing address, if different from principal place of business

_____
Number        Street

_____
City                                State      ZIP Code

Location of principal assets, if different from principal place of business

_____
Number        Street

_____
City                                State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify: ___LLC___

Debtor    Circle Brewing Company LLC                  Case number *(if known)* _____

      Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____ _____ _____ _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____ / ____ / _____ Case number _____
                                        MM / DD / YYYY

           District _____ When ____ / ____ / _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

           District _____ When _____
                                             MM / DD / YYYY

           Case number, if known _____

Debtor    Circle Brewing Company LLC                  Case number *(if known)* _____

       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>     What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>     Number      Street<br><br>_____<br>     City      State      ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 ☑ 50-99 | ☐ 1,000-5,000 ☐ 5,001-10,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 |
| ☐ 100-199 ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Circle Brewing Company LLC
         Name

Case number *(if known)*

---

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/22/2023
              MM/ DD/ YYYY

X /s/ Benjamin Sabel
Signature of authorized representative of debtor

Benjamin Sabel
Printed name

Title _____President_____

**18. Signature of attorney**

X _____/s/ Michael V. Baumer_____   Date  12/22/2023
Signature of attorney for debtor                 MM/ DD/ YYYY

Michael V. Baumer
Printed name

Law Office of Michael Baumer
Firm name

P.O. Box 1818
Number          Street

Liberty Hill                    TX        78642-1818
City                            State     ZIP Code

(512) 476-8707                  baumerlaw@baumerlaw.com
Contact phone                   Email address

01931920                        TX
Bar number                      State

---

```
Fill in this information to identify the case:

Debtor name          Circle Brewing Company LLC

United States Bankruptcy Court for the:
                     Western District of Texas

Case number (if known): _____
```

☐ Check if this is an
   amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■   Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration  Statement of Financial Affairs _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/22/2023              **X**  /s/ Benjamin Sabel _____
              MM/ DD/ YYYY                 Signature of individual signing on behalf of debtor

                                            Benjamin Sabel _____
                                            Printed name

                                            President _____
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name **Circle Brewing Company LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule. Give the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)  Type of account  Last 4 digits of account number

3.1. __Chase Bank__  __Checking account__  __8  0  1  1__   $17.55

4. **Other cash equivalents** *(Identify all)*

4.1

4.2

5. **Total of Part 1**   $17.55

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  __Stream Realty__   $8,000.00

Debtor    **Circle Brewing Company LLC**                                    Case number *(if known)* _____
          Name

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1   _____        _____

      8.2   _____        _____

9.    **Total of Part 2**                                                         **$8,000.00**

      Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

11.   **Accounts receivable**

      11a. 90 days old or less:   _____ - _____ =.....➡        _____
                                  face amount          doubtful or uncollectible accounts

      11b. Over 90 days old:      _____ - _____ =.....➡        _____
                                  face amount          doubtful or uncollectible accounts

12.   **Total of Part 3**                                                      _____

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                 Valuation method used       Current value of
                                                 for current value           debtor's interest

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1  _____       _____        _____

      14.2  _____       _____        _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                    % of
                                                         ownership:

      15.1 _____    _____    _____    _____

      15.2 _____    _____    _____    _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable
      instruments not included in Part 1**

      Describe:

      16.1 _____       _____        _____

---

Debtor  **Circle Brewing Company LLC**                              Case number *(if known)* _____
Name

| 16.2 | | | |
|---|---|---|---|

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    _____

**Part 5:**   Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| Cold room inventory | MM / DD / YYYY | unknown | ruined electricity off; no one can sell it | $0.00 |
| **22.  Other inventory or supplies** | | | | |
| packing materials, cleaning chemicals, misc | MM / DD / YYYY | unknown | professional knowledge | $1,150.00 |

**23.  Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    $1,150.00

**24.  Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Circle Brewing Company LLC**                                        Case number *(if known)* _____
                Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor        **Circle Brewing Company LLC**                          Case number *(if known)* _____
              Name

| | | | |
|---|---|---|---|
| Miscellaneous office furniture - desks, computers, shelving etc | unknown | professional knowledge | $1,350.00 |
| **40.** **Office fixtures** | | | |
| Wine barrel racks (22) | unknown | professional knowledge | $1,100.00 |
| Wooden light fixtures | unknown | professional knowledge | $4,000.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Wild Goose canning line | unknown | professional knowledge | $100,000.00 |
| 3 vessel specific mechanical brewhouse | unknown | professional knowledge | $148,000.00 |
| 4 90 BBL tanks | unknown | professional knowledge | $100,000.00 |
| 3 60 BBL tanks | unknown | professional knowledge | $63,000.00 |
| 3 20 BBL tanks | unknown | professional knowledge | $35,000.00 |
| Kegs | unknown | professional knowledge | $25,500.00 |
| Boiler | unknown | professional knowledge | $40,000.00 |
| Chiller | unknown | professional knowledge | $25,000.00 |
| Keg washer | unknown | professional knowledge | $24,000.00 |
| Grain mill | unknown | professional knowledge | $7,000.00 |
| Air compressor | unknown | professional knowledge | $1,000.00 |
| Reach-in cooler | unknown | professional knowledge | $2,000.00 |
| Water dispenser | unknown | professional knowledge | $250.00 |
| 10 foot Werner ladder | unknown | professional knowledge | $250.00 |
| Canning feed table | unknown | professional knowledge | $10,000.00 |
| 2 Mobile process pumps | unknown | professional knowledge | $3,000.00 |
| miscellaneous tools | unknown | professional knowledge | $500.00 |

Debtor   **Circle Brewing Company LLC**                              Case number *(if known)* _____
         Name

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp,
    coin, or baseball card collections; other collections, memorabilia, or
    collectibles

    42.1 _____     _____   _____   _____
    42.2 _____     _____   _____   _____
    42.3 _____     _____   _____   _____

43. **Total of Part 7**                                                      | $590,950.00 |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2005 Ford E350 / titled in Judson Mulherin's name - bare legal title only** | unknown | professional knowledge | $2,500.00 |
| 47.2 **2007 Ford E350** | unknown | professional knowledge | $2,500.00 |
| 47.3 **John Deer 4110 Tractor** | unknown | professional knowledge | $8,200.00 |
| 47.4 **Forklift** | unknown | professional knowledge | $6,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

Debtor     **Circle Brewing Company LLC**                              Case number *(if known)* _____
        Name

| | |
|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

| | | |
|---|---|---|
| 51. | **Total of Part 8** | $19,200.00 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

  ☑ No
  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.
  ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 office/warehouse/production facility /<br>816 Lexington Rd Elgin, TX 78621 | Fee Simple | unknown | recent offer | $2,668,700.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9** | $2,668,700.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☑ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.
  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |

Debtor    **Circle Brewing Company LLC**                                              Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **Logo, brand names, recipes for beers** | unknown | **professional knowledge** | **$20,000.00** |

**61.** **Internet domain names and websites**

_____    _____    _____

**62.** **Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| **TABC and TTB licenses** | unknown | **Can't be sold** | **$0.00** |

**63.** **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **customer list** | unknown | **professional knowledge** | **$0.00** |

**64.** **Other intangibles, or intellectual property**

_____    _____    _____

**65.** **Goodwill**

_____    _____    _____

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                      **$20,000.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | |
|---|---|
| | **Current value of debtor's interest** |

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡ _____
                           Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

Debtor    __Circle Brewing Company LLC_____    Case number *(if known)* _____
      Name

| | |
|---|---|
| _____ | Tax year _____ _____ |
| _____ | Tax year _____ _____ |

73. **Interests in insurance policies or annuities**

    _____                        _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                        _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                        _____

    **Nature of claim**    _____

    **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

    _____                        _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                        _____

    _____                        _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.              | _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  **Circle Brewing Company LLC**
Name

Case number *(if known)*

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $17.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,150.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $590,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................➤ | | $2,668,700.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $20,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*.............................91a. | $639,317.55 | + 91b. $2,668,700.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... | | $3,308,017.55 |

```
Fill in this information to identify the case:

Debtor name     Circle Brewing Company LLC

United States Bankruptcy Court for the:        Western        District of        Texas
                                                                              (State)

Case number (if known):
```

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**
Prosperity Bank

**Creditor's mailing address**
Mark Schmutz
23310 Cinco Ranch Blvd
Katy, TX 77494-2883

**Creditor's email address, if known**

**Date debt was incurred**     2/2020

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

office/warehouse/production facility, 2005 Ford E350, 2007 Ford E350, John Deer 4110 Tractor, Forklift, 10 foot Werner ladder, 2 Mobile process pumps, 3 20 BBL tanks, 3 60 BBL tanks, 3 vessel specific mechanical brewhouse, 4 90 BBL tanks, Air compressor, Boiler, Canning feed table, Chiller, Cold room inventory, Grain mill, Keg washer, Kegs, Miscellaneous office furniture - desks, computers, shelving etc, miscellaneous tools, packing materials, cleaning chemicals, misc, Reach-in cooler, Water dispenser, Wild Goose canning line, Wine barrel racks (22), Wooden light fixtures, Logo, brand names, recipes for beers

**Describe the lien**
deed of trust/UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $3,533,690.00 | $3,300,000.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$4,049,055.00

| Debtor | Circle Brewing Company LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $515,365.00 | unknown |
|---|---|---|---|

US Small Business Administration

**Creditor's mailing address**

Disaster Processing & Disbursement

14925 Kingsport Rd

Fort Worth, TX 76155-2243

**Describe the lien**

2nd lien on fixtures, furniture and equipment (UCC filed)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**  6/2020

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Circle Brewing Company LLC

Case number (if known) _____

Name

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Prosperity Bank<br>1862 Rock Prairie Rd<br>College Station, TX 77845 | Line 2. _1_ | __ __ __ __ |
| Prosperity Bank<br>Attn: Tiffaney P. Edwards<br>11451 Broadway<br>Pearland, TX 77584 | Line 2. _1_ | __ __ __ __ |
| L. David Smith<br>2618 Kittansett Circle<br>Katy, TX 77450 | Line 2. _1_ | __ __ __ __ |
| United States Attorney General<br>950 Pennsylvania Ave., N.W.<br>Department of Justice<br>Washington, DC 20530 | Line 2. _2_ | __ __ __ __ |
| United States Attorney/SBA<br>601 NW Loop 410,<br>Ste. 600<br>San Antonio, TX 78316-5512 | Line 2. _2_ | __ __ __ __ |
| US Small Business Administration<br>Little Rock Commercial Loan Servicing<br>2120 Riverfront Dr Ste 100<br>Little Rock, AR 72202-1794 | Line 2. _2_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Form 206D    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page _3_ of _4_

Debtor    Circle Brewing Company LLC _____     Case number (if known) _____

     Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ <br> _____ <br> _____ | Line 2. ___ | __ __ __ __ |
| _____ <br> _____ <br> _____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name        Circle Brewing Company LLC

United States Bankruptcy Court for the:

          Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Internal Revenue Service

Special Procedures Staff - Insolvency

Po Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

2023

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

941 taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: **$807.00**    Priority amount: **$807.00**

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor  **Circle Brewing Company LLC**                          Case number *(if known)* _____
_____
Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Air Supply of North Texas**

**2829 Fort Worth Ave**

**Dallas, TX 75211**

Date or dates debt was incurred **various**

Last 4 digits of account number **1  9  5  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CO2 equipment lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$243.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Allen and Linda Buck**

**6226 Belle Rive Dr**

**Brentwood, TN 37027**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor - .938%**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.3** Nonpriority creditor's name and mailing address

**Andrew Michael Davis**

**6609 Mitra Dr**

**Austin, TX 78739**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor - 1.0%**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Arryved**

**3002 Sterling Circle #100**

**Boulder, CO 80301**

Date or dates debt was incurred **4/2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **POS services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,738.00**

Debtor   **Circle Brewing Company LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

Benjamin Sabel

149 Spanish Oak Tr

Elgin, TX 78621

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - 36.375%

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

Benjamin Sabel

149 Spanish Oak Tr

Elgin, TX 78621

Date or dates debt was incurred   3/1/2023

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  internal bond loan

Is the claim subject to offset?
☑ No
☐ Yes

$424,215.00

---

**3.7** Nonpriority creditor's name and mailing address

Bluebonnet Electric Coop

PO Box 240

Giddings, TX 78942

Date or dates debt was incurred   2023

Last 4 digits of account number   7  9  3  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  utilities

Is the claim subject to offset?
☑ No
☐ Yes

$4,293.00

---

**3.8** Nonpriority creditor's name and mailing address

Butch Weinberg Living Trust

2044 E. 72nd Place #3

Chicago, IL 60649-3004

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - .313%

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **Circle Brewing Company LLC**                                    Case number *(if known)* _____
          Name

## Part 2:  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.00 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

Centerpoint Energy

PO Box 4981

Houston, TX 77210

Date or dates debt was incurred    **various**

Last 4 digits of account number    **1  9  -  5**

As of the petition filing date, the claim is: **$146.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Charles and Christine Powers

11410 Gunfight Ln

Austin, TX 78748

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **investor - .375%**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Charter Communications

PO Box 760261

St Louis, MO 63109

Date or dates debt was incurred    **various**

Last 4 digits of account number    **2  8  6  4**

As of the petition filing date, the claim is: **$905.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Chase

Po Box 6294

Carol Stream, IL 60197-6294

Date or dates debt was incurred    **various**

Last 4 digits of account number    **9  2  4  4**

As of the petition filing date, the claim is: **$101,153.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Circle Brewing Company LLC**     Case number *(if known)* _____
Name

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $908.00 |
| | **City of Austin - Austin Energy** | *Check all that apply.* |
| | **PO Box 2267** | ☐ Contingent |
| | **Austin, TX 78783-2267** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred**   **various** | **Basis for the claim:**   utilities |
| | **Last 4 digits of account number**   0 0 0 0 | **Is the claim subject to offset?** ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $211.00 |
| | **City of Elgin** | *Check all that apply.* |
| | **PO Box 591** | ☐ Contingent |
| | **Elgin, TX 78621** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred**   **various** | **Basis for the claim:**   utilities |
| | **Last 4 digits of account number**   ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    unknown |
| | **Cynthia McKinney** | *Check all that apply.* |
| | **1027 W. 7 1/2 St** | ☐ Contingent |
| | **Houston, TX 77007** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred**   _____ | **Basis for the claim:**   investor - .625% |
| | **Last 4 digits of account number**   ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    unknown |
| | **David and Patricia Steinwedell** | *Check all that apply.* |
| | **1036 Liberty Park De #4B** | ☐ Contingent |
| | **Austin, TX 78746** | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred**   _____ | **Basis for the claim:**   investor - .063% |
| | **Last 4 digits of account number**   ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes |

Debtor    **Circle Brewing Company LLC**        Case number *(if known)* _____
Name

---

**Part 2:**   Additional Page

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| Donald Taylor | *Check all that apply.* |
| | ☐ Contingent |
| 7815 Kawshek Path | ☐ Unliquidated |
| Hanover, MD 21076 | ☐ Disputed |
| | **Basis for the claim:** investor - .375% |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| Dr Edward Mackey Jr | *Check all that apply.* |
| | ☐ Contingent |
| 1212 Bell Meade Blvd | ☐ Unliquidated |
| Nashville, TN 37205 | ☐ Disputed |
| | **Basis for the claim:** investor - .313% |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$379.00**
| EcoLab | *Check all that apply.* |
| | ☐ Contingent |
| PO Box 70343 | ☐ Unliquidated |
| Chicago, IL 60673 | ☐ Disputed |
| | **Basis for the claim:** vendor |
| **Date or dates debt was incurred**   8/2023 | **Is the claim subject to offset?** |
| **Last 4 digits of account number**   9 7 4 8 | ☑ No |
| | ☐ Yes |

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| Eric Vaughan | *Check all that apply.* |
| | ☐ Contingent |
| 1421 Northridge Dr | ☐ Unliquidated |
| Austin, TX 78723 | ☐ Disputed |
| | **Basis for the claim:** investor - .438% |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| **Last 4 digits of account number** __ __ __ __ | ☑ No |
| | ☐ Yes |

---

Debtor   **Circle Brewing Company LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |

**3.21**

**Nonpriority creditor's name and mailing address**

Frontier Bank

1213 US 290

Elgin, TX 78621

Date or dates debt was incurred   **10/1/2022**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$120,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  line of credit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

Grande Communications

PO Box 671260

Dallas, TX 75267-1260

Date or dates debt was incurred   **various**

Last 4 digits of account number   **9** - **0** - **1**

**As of the petition filing date, the claim is:**   **$106.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  utilites

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

Intuit Funding

2700 Coast Ave

Mountain View, CA 94043

Date or dates debt was incurred   **4/12/2022**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$74,690.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  line of credit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**

James Graham Keefe

1506 Hollywood Ave

Dallas, TX 75208

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  investor - .688%

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  __Circle Brewing Company LLC__
         Name

Case number *(if known)* _____

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.25** Nonpriority creditor's name and mailing address

__Jesse Eaves and Stephanie Bald__

__1629 Newton St NW__

__Washington, DC 20010__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:     __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __investor - .063%__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

__Johnathan Patrick Vaden__

__1373 Tierra Circle__

__Winter Park, FL 32792__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:     __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __investor - .313%__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

__Jonathan Wang__

__41869 Skywood Dr__

__Temecula, CA 92591__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:     __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __investor - .125%__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

__Jordan Berkowitz__

__2250 Hamlet Cr__

__Round Rock, TX 78664__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:     __unknown__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __investor - .188%__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Circle Brewing Company LLC** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
| | Name | |

## Part 2: Additional Page

### 3.29

**Nonpriority creditor's name and mailing address**

Joseph Champlin

1027 W, 7 1/2 St

Houston, TX 77007

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** investor - .375%

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.30

**Nonpriority creditor's name and mailing address**

Joseph Marianelli

2601 Penny Ln #131

Austin, TX 78757

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** investor - .063%

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.31

**Nonpriority creditor's name and mailing address**

Joseph Mulherin

5050 Hill Place Dr

Nashville, TN 37205

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** investor - 9.063%

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

### 3.32

**Nonpriority creditor's name and mailing address**

Joseph Yu

909 Brookhill Rd

Louisville, KY 40223

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** investor - .813%

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Debtor    __Circle Brewing Company LLC__                        Case number *(if known)* _____
          Name

## Part 2: | Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

Judson Mulherin

612 Cardinal St

Elgin, TX 78621

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  investor - 33%

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.34** Nonpriority creditor's name and mailing address

Laura Rodriguez

9301 Vera Cruz

Austin, TX 78737

Date or dates debt was incurred    9/4/2014

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $50,812.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  internal bond loan

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.35** Nonpriority creditor's name and mailing address

Laura Rodriguez and Karen Bachtel

9301 Vera Cruz Rd

Austin, TX 78737

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  investor - 1.688%

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.36** Nonpriority creditor's name and mailing address

Maciej Bajkowski

6208 Spicebrush Cv

Austin, TX 78759

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  investor - ,313%

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor   **Circle Brewing Company LLC**                                              Case number *(if known)* _____
         Name

## Part 2:  Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,267.00 |
|---|---|---|---|

**Mathys + Protestio**

**917 SW Oak St 315**

**Portland, OR 97205**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** temp to hire

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Michael and Paula Grad**

**4322 Palladio Dr**

**Austin, TX 78731**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** investor - .313%

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Money In Action Investment Club**

**19506 Cabra Ct**

**Katy, TX 77449**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** investor .063%

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Nathan Crowell**

**6407 Shoal Creek Blvd**

**Austin, TX 78757**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** investor - .313%

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Circle Brewing Company LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.41** Nonpriority creditor's name and mailing address

Novat Nintunze

10401 Brimfield Dr

Austin, TX 78726

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** investor - .125%

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

Olivia B. Sabel

952 Shadow Lane

Mount Juliet, TN 37122

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** investor - 3.125%

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Patrick Osborne

952 Shadow Lane

Mount Juliet, TN 37122

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** investor - /313%

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Praneeth Patlola

5700 Tapadera Trace Ln #731

Austin, TX 78727

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** investor - .063%

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    **Circle Brewing Company LLC**          Case number *(if known)* _____
          Name

---

| **Part 2:** | Additional Page |

---

**3.45** Nonpriority creditor's name and mailing address

Prosperity Bank

1862 Rock Prairie Rd

College Station, TX 77845

Date or dates debt was incurred    12/2023

Last 4 digits of account number    9  2  7  1

As of the petition filing date, the claim is:    $992.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  overdraft

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Reagan Outdoor Advertising

7301 Burleson Rd

Austin, TX 78744

Date or dates debt was incurred    2023

Last 4 digits of account number    4  2  9  5

As of the petition filing date, the claim is:    $12,925.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                        remainder due on
Basis for the claim:  advertising contract

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

Robert Sabel Living Trust

Robert E Sabel Trustee

3572 Beach Dr SE

Saint Petersburg, FL 33705

Date or dates debt was incurred    6/9/2023

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:    $58,425.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  internal bond loan

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Robert Sabel Living Trust

Robert E Sabel Trustee

3572 Beach Dr SE

Saint Petersburg, FL 33705

Date or dates debt was incurred    _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - 4.5%

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Circle Brewing Company LLC**
Name                                                    Case number *(if known)* _____

## Part 2: Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**3.49**

Nonpriority creditor's name and mailing address

Rohan Tyagi

37 Arlington Ct

Jasper, IN 47546

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: investor - .125%

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50**

Nonpriority creditor's name and mailing address

Ryan Applegate

2155 Lafite Sq

Smyrna, GA 30080

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: investor - .063%

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51**

Nonpriority creditor's name and mailing address

Scott Collier Craig

1300 Verdant Way

Austin, TX 78746

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: investor - .375%

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52**

Nonpriority creditor's name and mailing address

Stanley Snyder

604 Enquirer Ave

Nashville, TN 37205

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: investor - .438%

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Circle Brewing Company LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **Steven and Christine Berkowitz** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2250 Hamlet Cir** | ☐ Unliquidated | |
| **Round Rock, TX 78664** | ☐ Disputed | |
| | **Basis for the claim:** investor - .313% | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **Steven Eskind** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2322 Golf Club Ln** | ☐ Unliquidated | |
| **Nashville, TN 37215** | ☐ Disputed | |
| | **Basis for the claim:** investor - .313% | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **Steven Statham** | *Check all that apply.* | |
| | ☐ Contingent | |
| **21015 Ridgeview Loop** | ☐ Unliquidated | |
| **Leander, TX 78645** | ☐ Disputed | |
| | **Basis for the claim:** investor - .125% | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,796.00 |
|---|---|---|
| **The Hartford** | *Check all that apply.* | |
| | ☐ Contingent | |
| **PO Box 660916** | ☐ Unliquidated | |
| **Dallas, TX 75266-0916** | ☐ Disputed | |
| | **Basis for the claim:** insurance | |
| Date or dates debt was incurred **2023** | **Is the claim subject to offset?** | |
| Last 4 digits of account number **9  7  1  3** | ☑ No  ☐ Yes | |

---

Debtor    **Circle Brewing Company LLC**
          Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.57** Nonpriority creditor's name and mailing address

**Timothy Dehne**

**4508 Court of St James**

**Austin, TX 78730**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - 1.25%

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

**Ty Crum**

**24426 Hikers Bend Dr**

**Katy, TX 77493**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - .125%

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

**Victor Lopez**

**1232 E. 19th St Apt 312**

**Oakland, CA 94606**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - .375%

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

**Vintage Beatrice Cove LP**

**3600 N. Capital of TX Highwy Bldg B, Suite 250**

**Austin, TX 78746**

Date or dates debt was incurred    Payments due 8/23 to end of lease

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $618,487.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  estimated commercial lease deficiency

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Circle Brewing Company LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">**Part 2:** Additional Page</td></tr>
</table>

---

**3.61** Nonpriority creditor's name and mailing address

**Waste Management**

**PO Box 3020**

**Monroe, WI 53566**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    **5   0   6   1**

As of the petition filing date, the claim is:    **$765.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  utilities

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

**William Karschnik**

**4 Evergreen Dr**

**Round Rock, TX 78664**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - .063%

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

**Worth Seaman**

**9320 Manipari Lane**

**Austin, TX 78749**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor - .125%

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Circle Brewing Company LLC**                                          Case number *(if known)* _____
                Name

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Astound Busines Solutions**<br>**PO Box 1330**<br>**Wilkes Barre, PA 18703** | Line **3.22**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Chase Bank**<br>**270 Park Ave**<br>**New York, NY 10017** | Line **3.12**<br>☐ Not listed. Explain _____ | **9** **2** **4** **4** |
| 4.3 **Internal Revenue Service**<br>**Special Procedures Staff**<br>**300 E. 8th Street, Stop 5026 AUS**<br>**Austin, TX 78701** | Line **2.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Ranger A-TX, LP**<br>**PO Box 841552**<br>**Dallas, TX 75284-1552** | Line **3.60**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Sequium Asset Solutions, LLC**<br>**1130 Northchase Pkwy Ste 150**<br>**Marietta, GA 30067** | Line **3.11**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **Stream Realty Partners Austin LP**<br>**as Agent for Ranger A-TX LP**<br>**515 Congress Ave #2100**<br>**Austin, TX 78701** | Line **3.60**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 **United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Ave. N.W.**<br>**Washington, DC 20530** | Line **2.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor     **Circle Brewing Company LLC**                                   Case number *(if known)* _____
           Name

| **Part 3:** | Additional Page |

| 4.8 | **United States Attorney/IRS** | Line **2.1** |
| | **601 NW Loop 410 Ste. 600** | ☐ Not listed. Explain _____ __ __ __ __ |
| | **San Antonio, TX 78316-5512** | |

Debtor   **Circle Brewing Company LLC**                               Case number *(if known)* _____
_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$807.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$1,510,456.00** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,511,263.00** |

Fill in this information to identify the case:

Debtor name _____ Circle Brewing Company LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | CO2 equipment <br> Contract to be REJECTED | Air Supply <br> 2829 Fort Worth Ave <br> Dallas, TX 75211 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | dishwashers <br> Contract to be REJECTED | Ecolab <br> PO Box 70343 <br> Chicago, IL 60673 |
| | State the term remaining | 1 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | billboard lease <br> Contract to be REJECTED | Reagan Outdoor Billboard <br> 7301 Burleson Rd <br> Austin, TX 78744 |
| | State the term remaining | 4 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | tap room <br> Contract to be REJECTED | Vintage Beatrice Cove LP <br> 3600 N. Capital of TX Highwy Bldg B, Suite 250 <br> Austin, TX 78746 |
| | State the term remaining | 41 months | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Circle Brewing Company LLC** |
| United States Bankruptcy Court for the: | **Western** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Benjamin Sabel | 149 Spanish Oak Tr <br> Street <br><br> Elgin, TX 78621 <br> City   State   ZIP Code | Chase | ☐ D ☑ E/F ☐ G |
| | | | Prosperity Bank | ☑ D ☐ E/F ☐ G |
| | | | US Small Business Administration | ☑ D ☐ E/F ☐ G |
| | | | Frontier Bank | ☐ D ☑ E/F ☐ G |
| 2.2 | Judson Mulhern | 612 Cardinal St <br> Street <br><br> Elgin, TX 78621 <br> City   State   ZIP Code | Prosperity Bank | ☑ D ☐ E/F ☐ G |
| | | | US Small Business Administration | ☑ D ☐ E/F ☐ G |
| 2.3 | | Street <br><br> City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |

Debtor     **Circle Brewing Company LLC**                                     Case number (if known) _____
              Name

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City     State     ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City     State     ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City     State     ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

**Fill in this information to identify the case:**

Debtor name _____ Circle Brewing Company LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*............................................................................................

   $2,668,700.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.........................................................................................

   $639,317.55

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*............................................................................................

   $3,308,017.55

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $4,049,055.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   $807.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

   +   $1,510,456.00

4. **Total liabilities**.................................................................................................................................

   $5,560,318.00

   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Circle Brewing Company LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Western District of Texas</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.** **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $538,780.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $625,491.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $899,296.00 |

**2.** **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor Circle Brewing Company LLC _____ Case number *(if known)* _____

Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City State ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City State ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

**Relationship to debtor**

_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    Circle Brewing Company LLC                Case number *(if known)*
     Name

| | | | | |
|---|---|---|---|---|
| 5.1. | Woodwerd Design & Build LLC | Taproom tables and benches | 8/2023 | $2,000.00 |
| | Creditor's name | | | |
| | 2120 W Braker Lane, Suite G, | | | |
| | Street | | | |
| | | | | |
| | Austin, TX 78758 | | | |
| | City        State    ZIP Code | | | |

**6.**  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**   Legal Actions or Assignments

---

**7.**  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |

**8.**  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  Circle Brewing Company LLC

Name

Case number *(if known)*

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

| | Case title | Court name and address |
|---|---|---|

City          State     ZIP Code

Name

Street

| | Case number |
|---|---|

City                State     ZIP Code

| | Date of order or assignment |
|---|---|

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Divine Canines | Cash - reimbursement for charity passports | 7/17/23 | $5,940.00 |

Recipient's name

Street

City          State     ZIP Code

| | Recipient's relationship to debtor |
|---|---|
| | none |

---

## Part 5:  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

---

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Office of Michael Baumer | | 09/18/2023 | $4,662.00 |

**Address**

PO Box 1818
Street

LIberty Hill, TX 78642
City       State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

debtor

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City       State    ZIP Code

**Relationship to debtor**

---

Debtor  Circle Brewing Company LLC

Name

Case number *(if known)*

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 2340 W. Braker Ln B<br>Street<br><br>Austin, TX 78758<br>City    State    ZIP Code | From  2/09    To  10/23 |
| 14.1. 816 Lexington Rd<br>Street<br><br>Elgin, TX 78621<br>City    State    ZIP Code | From  2/23    To  present |

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.<br>Facility name<br><br>Street<br><br>City    State    ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

---

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 6

Debtor  Circle Brewing Company LLC                                    Case number (if known)
              Name

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  Prosperity Bank <br> _Name_ <br><br> 1862 Rock Prairie Rd <br> _Street_ <br><br> College Station, TX 77845 <br> _City      State      ZIP Code_ | XXXX– 9 2 7 1 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | 12/13/2023 | ($992.93) |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1  Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> _Name_ <br><br> _____ <br> _Street_ <br><br> _____ <br> _City      State      ZIP Code_ | _____ <br> _____ <br> _____ <br> **Address** <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|------------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|------------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|---------------------|-----------------|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

---

Debtor    Circle Brewing Company LLC
          Name                                                                    Case number (if known)

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>Name | | EIN: _ _ – _ _ _ _ _ _ _ |
| Street | | **Dates business existed** |
| City          State    ZIP Code | | From _____  To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor Circle Brewing Company LLC
Name

Case number (*if known*)

| Name and address | Dates of service |
|---|---|
| 26a.1. Benjamin Sabel<br>Name<br><br>149 Spanish Oak Tr<br>Street<br><br>Elgin, TX 78621<br>City          State          ZIP Code | From 2019          To present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Benjamin Sabel<br>Name<br><br>149 Spanish Oaks tr<br>Street<br><br>Elgin, TX 78621<br>City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Prosperity Bank<br>Name<br><br>23310 Cinco Ranch Blvd<br>Street<br>Mark Schmutz<br>Katy, TX 77494-2883<br>City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Judson Mulherin | 4/1/23 | $0.00 |

Debtor  Circle Brewing Company LLC  Case number (if known)
Name

**Name and address of the person who has possession of inventory records**

27.1.  Judson Mulherin
Name

612 Cardinal St
Street

Elgin, TX 78621
City                    State            ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Judson Mulherin | 7/1/23 | $0.00 |

**Name and address of the person who has possession of inventory records**

27.2.  Judson Mulherin
Name

_____
Street

_____
City                    State            ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Sabel | 149 Spanish Oak Tr Elgin, TX 78621 | President, owner | 36.37% |
| Judson Mulherin | 612 Cardinal St Elgin, TX 78621 | Vice President, owner | 33.00% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Benjamin Sable<br>Name<br><br>149 Spanish Oak Tr<br>Street<br><br><br>Elgin, TX 78621<br>City                State        ZIP Code | $14,615.40 | 1/17/23 - 6/27/23 | wages |

**Relationship to debtor**

President

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Judson Mulherin<br>Name<br><br>612 Cardinal St<br>Street<br><br><br>Elgin, TX 78621<br>City                State        ZIP Code | $14,615.40 | 1/17/23 - 6/27/23 | wages |

**Relationship to debtor**

Vice-President

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____12/22/2023_____
                MM/  DD/  YYYY

Debtor    <u>Circle Brewing Company LLC</u>                 Case number *(if known)* _____
Name

**X** <u>/s/ Benjamin Sabel</u>              Printed name           <u>Benjamin Sabel</u>
Signature of individual signing on behalf of the debtor

Position or relationship to debtor        <u>President</u>

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Circle Brewing Company LLC**                                CASE NO

                                                                                    CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____12/22/2023_____     Signature _____/s/ Benjamin Sabel_____
                                                                            Benjamin Sabel, President

Air Supply
2829 Fort Worth Ave
Dallas, TX 75211


Air Supply of North Texas
2829 Fort Worth Ave
Dallas, TX 75211


Allen and Linda Buck
6226 Belle Rive Dr
Brentwood, TN 37027


Andrew Michael Davis
6609 Mitra Dr
Austin, TX 78739


Arryved
3002 Sterling Circle #100
Boulder, CO 80301


Astound Busines Solutions
PO Box 1330
Wilkes Barre, PA 18703


Benjamin Sabel
149 Spanish Oak Tr
Elgin, TX 78621


Benjamin Sabel
149 Spanish Oak Tr
Elgin, TX 78621

Bluebonnet Electric Coop
PO Box 240
Giddings, TX 78942

Butch Weinberg Living Trust
2044 E. 72nd Place #3
Chicago, IL 60649-3004

Centerpoint Energy
PO Box 4981
Houston, TX 77210

Charles and Christine Powers
11410 Gunfight Ln
Austin, TX 78748

Charter Communications
PO Box 760261
St Louis, MO 63109

Chase
Po Box 6294
Carol Stream, IL 60197-6294

Chase Bank
270 Park Ave
New York, NY 10017

City of Austin - Austin Energy
PO Box 2267
Austin, TX 78783-2267

City of Elgin
PO Box 591
Elgin, TX 78621

Cynthia McKinney
1027 W. 7 1/2 St
Houston, TX 77007

David and Patricia
Steinwedell
1036 Liberty Park De #4B
Austin, TX 78746

Donald Taylor
7815 Kawshek Path
Hanover, MD 21076

Dr Edward Mackey Jr
1212 Bell Meade Blvd
Nashville, TN 37205

Ecolab
PO Box 70343
Chicago, IL 60673

EcoLab
PO Box 70343
Chicago, IL 60673

Eric Vaughan
1421 Northridge Dr
Austin, TX 78723

Frontier Bank
1213 US 290
Elgin, TX 78621


Grande Communications
PO Box 671260
Dallas, TX 75267-1260


Internal Revenue Service
Special Procedures Staff - Insolvency
Po Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures Staff
300 E. 8th Street, Stop 5026 AUS
Austin, TX 78701


Intuit Funding
2700 Coast Ave
Mountain View, CA 94043


James Graham Keefe
1506 Hollywood Ave
Dallas, TX 75208


Jesse Eaves and Stephanie
Bald
1629 Newton St NW
Washington, DC 20010


Johnathan Patrick Vaden
1373 Tierra Circle
Winter Park, FL 32792

Jonathan Wang
41869 Skywood Dr
Temecula, CA 92591


Jordan Berkowitz
2250 Hamlet Cr
Round Rock, TX 78664


Joseph Champlin
1027 W, 7 1/2 St
Houston, TX 77007


Joseph Marianelli
2601 Penny Ln #131
Austin, TX 78757


Joseph Mulherin
5050 Hill Place Dr
Nashville, TN 37205


Joseph Yu
909 Brookhill Rd
Louisville, KY 40223


Judson Mulherin
612 Cardinal St
Elgin, TX 78621


Judson Mulherin
612 Cardinal St
Elgin, TX 78621

L. David Smith
2618 Kittansett Circle
Katy, TX 77450


Laura Rodriguez
9301 Vera Cruz
Austin, TX 78737


Laura Rodriguez and Karen
Bachtel
9301 Vera Cruz Rd
Austin, TX 78737


Maciej Bajkowski
6208 Spicebrush Cv
Austin, TX 78759


Mathys + Protestio
917 SW Oak St 315
Portland, OR 97205


Michael and Paula Grad
4322 Palladio Dr
Austin, TX 78731


Money In Action Investment
Club
19506 Cabra Ct
Katy, TX 77449


Nathan Crowell
6407 Shoal Creek Blvd
Austin, TX 78757

Novat Nintunze
10401 Brimfield Dr
Austin, TX 78726


Olivia B. Sabel
952 Shadow Lane
Mount Juliet, TN 37122


Patrick Osborne
952 Shadow Lane
Mount Juliet, TN 37122


Praneeth Patlola
5700 Tapadera Trace Ln #731
Austin, TX 78727


Prosperity Bank
Mark Schmutz
23310 Cinco Ranch Blvd
Katy, TX 77494-2883


Prosperity Bank
1862 Rock Prairie Rd
College Station, TX 77845


Prosperity Bank
Attn: Tiffaney P. Edwards
11451 Broadway
Pearland, TX 77584


Ranger A-TX, LP
PO Box 841552
Dallas, TX 75284-1552

Reagan Outdoor Advertising
7301 Burleson Rd
Austin, TX 78744


Reagan Outdoor Billboard
7301 Burleson Rd
Austin, TX 78744


Robert Sabel Living Trust
Robert E Sabel Trustee
3572 Beach Dr SE
Saint Petersburg, FL 33705


Robert Sabel Living Trust
Robert E Sabel Trustee
3572 Beach Dr SE
Saint Petersburg, FL 33705


Rohan Tyagi
37 Arlington Ct
Jasper, IN 47546


Ryan Applegate
2155 Lafite Sq
Smyrna, GA 30080


Scott Collier Craig
1300 Verdant Way
Austin, TX 78746


Sequium Asset Solutions, LLC
1130 Northchase Pkwy Ste 150
Marietta, GA 30067

Stanley Snyder
604 Enquirer Ave
Nashville, TN 37205

Steven and Christine
Berkowitz
2250 Hamlet Cir
Round Rock, TX 78664

Steven Eskind
2322 Golf Club Ln
Nashville, TN 37215

Steven Statham
21015 Ridgeview Loop
Leander, TX 78645

Stream Realty Partners Austin
LP
as Agent for Ranger A-TX LP
515 Congress Ave #2100
Austin, TX 78701

The Hartford
PO Box 660916
Dallas, TX 75266-0916

Timothy Dehne
4508 Court of St James
Austin, TX 78730

Ty Crum
24426 Hikers Bend Dr
Katy, TX 77493

United States Attorney
General
950 Pennsylvania Ave., N.W. Department
of Justice
Washington, DC 20530

United States Attorney
General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, DC 20530

United States Attorney/IRS
601 NW Loop 410 Ste. 600
San Antonio, TX 78316-5512

United States Attorney/SBA
601 NW Loop 410, Ste. 600
San Antonio, TX 78316-5512

US Small Business
Administration
Disaster Processing & Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US Small Business
Administration
Little Rock Commercial Loan Servicing
2120 Riverfront Dr Ste 100
Little Rock, AR 72202-1794

Victor Lopez
1232 E. 19th St Apt 312
Oakland, CA 94606

Vintage Beatrice Cove LP
3600 N. Capital of TX Highwy Bldg B,
Suite 250
Austin, TX 78746

Vintage Beatrice Cove LP
3600 N. Capital of TX Highwy Bldg B,
Suite 250
Austin, TX 78746

Waste Management
PO Box 3020
Monroe, WI 53566

William Karschnik
4 Evergreen Dr
Round Rock, TX 78664

Worth Seaman
9320 Manipari Lane
Austin, TX 78749

IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:
Circle Brewing Company LLC

CHAPTER 7

**RULE 2016(B) DISCLOSURE OF COMPENSATION FOR ATTORNEY FOR DEBTORS**

This sets out our agreement regarding this firm's representation of you in a Chapter 7 bankruptcy case involving issues and/or debts related to a current or prior business to be filed in Austin, Texas. We generally charge a "flat fee" for this type of representation for basic agreed upon services. This fee includes attorney and legal assistant time and routine out of pocket expenses (long distance, copies, postage, faxes).

**Total Attorney Fees: $4,662.00**
**Total Attorney Fees Paid:  $4,662.00**
**Balance due :  $0.00**

The attorney fee for filing your case will be $4,622, plus the filing fee of $338, plus any additional amounts set out below.  A total retainer of $5,000  must be paid  prior to filing your case and is payable as follows: A typical case takes three appointments at our office prior  to filing the case.   The first is your free initial consultation.  The second is the review of your completed homework package, at which a payment of $2,500  is due.   While we are preparing your case, you will make monthly payments of $500, credited toward the total $5,000. The third is the signing appointment at which any balance must be paid.  If you want us to begin taking creditor calls, we require a payment of $350, which will be credited to the retainer. We require payment of the full fee prior to filing if the debtor is a corporation.

**The services included in the flat fee for a business Chapter 7 are:**

Pre-filing:
    -initial client meeting
    -homework package meeting(s)
    -signing meeting
    -preparation of petition, schedules of assets and liabilities, and statement of financial affairs
    -responding to creditor calls and correspondence
Post-filing:
    -responding to creditor calls and correspondence
    -attendance at creditors meeting
    -review of security agreements and up to two reaffirmation agreements and attending hearings on the same
    -preparation of and hearings on two motions to avoid non-purchase money liens or judicial liens on homestead and hearings on same
    -preparation of responses to objections to exemptions

**Additional fees will be charged for the following:**

Pre-filing:
    -credit report ($30 individual, $50 joint)
    -excess of 30 creditors (30 - 70, add $250; 70 - 100, add $500; 100+ we will negotiate a fee)
    -more than $100,000 in unsecured debt (up to $150,000, add $250: more than $150,000, add $500; more than $250,000, we will negotiate a fee)
    -affidavit of special circumstances ($350)
    -non-filing spouse ($250)
    -more than four pre-filing meetings, including no shows or rescheduling with less than 48 hours notice ($200 each)
    -more than 2 two motions to avoid non-purchase money liens or judicial liens on homestead ($75 each)
    -dropping off your homework package without making an appointment to review it with an attorney ($200)
Post-filing:
    -motions to sell property ($400)

-adding creditors after the initial filing ($75 for first creditor, $20 each additional creditor per amendment)

-amending schedules of exempt assets for failure to file documents not listed in homework package ($150)

-contested motions for relief from stay ($350 for mortgages; $250 for vehicles)

-notice for a reset creditors meeting ($75)

-responding to motions to dismiss for failure to file documents or to attend creditors meeting ($250)

-responding to motions to dismiss by the U.S. Trustee based on ineligibility to file Chapter 7 ($400 per hour plus expenses)

-adversary proceedings ($400 per hour plus expenses)

-discovery ($400 per hour plus expenses)

In the event that additional fees are charged, those fees will be required to be paid either pre-filing or post-filing, as designated above, unless otherwise agreed.

Our agreement to represent you **does not include** filing or defending adversary proceedings. In the event an adversary proceeding is filed against you, we will negotiate our representation and fee at that time. (An adversary would generally be a dispute regarding the dischargeability of a particular debt.) Our agreement to represent you in a bankruptcy case also does not constitute an agreement to initiate or defend any litigation on your behalf, whether in bankruptcy court or state court. **We do not defend state court collection lawsuits.**

Due to reporting errors by creditors and credit reporting agencies, your credit report after filing may not accurately reflect the status of your debts after your bankruptcy discharge. It is the responsibility of your individual creditors to report the status of your debts properly. We cannot guarantee that your creditors will do so. Although we can usually help you correct these problems, we do charge a fee for that service which is not included in the fee for the Chapter 7.

We will provide you with a copy of all of the documents which we file on your behalf in your case at the time they are filed. At the time your discharge is entered, the Court will mail you a copy of the discharge order. These documents are very important. They are the documents a home lender will typically require when you apply for a home loan. Once your case is closed, we send your file to offsite storage. If you request copies of these documents after we send your file offsite, we charge a $75 fee for retrieval of these documents. In addition, our records are destroyed after 5 years and we may not be able to retrieve copies after that time.

By executing this agreement, you are representing to us that you will pay the agreed upon fee in the agreed upon installments. By executing this agreement you agree that if you fail to make the agreed upon payments of fees, we may cease representation of you immediately and that you will not oppose a motion to withdraw as your attorneys.

**This agreement is not binding until it is signed by both parties and the full retainer is paid. Our offer to represent you expires if you have not executed this engagement letter and paid at least $600 within 90 days after the date of your consultation. If your case is not filed within 6 months of execution of this agreement, our agreement to represent you expires and we will keep any monies received for services rendered.**

The source of compensation was the Debtor(s). The source of compensation to be paid is the Debtor(s). I have not agreed to share the above described compensation with any other person, unless this client(s) was referred to us by the Lawyer Referral Service, in which case we have agreed to a 15% referral fee for all fees received over $400.00.

December __22__ 2023

/s/ Michael Baumer, SB 01931920
Law Office of Michael Baumer
PO Box 1818
Liberty Hill, TX 78642


 /s/ Benjamin Sabel, President
Benjamin Sabel, President
Circle Brewing Company, LLC